# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  26-cr- (CKK)** |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 1349 |
| **BRITTANY BLALOCK,** | : | (Conspiracy to Commit Wire Fraud) |
| | : | |
| Defendant. | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 28 U.S.C. § 2461(c) |
| | : | 21 U.S.C. § 853(p) |

## I N F O R M A T I O N

The Unted States Attorney charges that:

### COUNT ONE

Between on or about April 2021, and on or about September 2021, defendant **BRITTANY BLALOCK,** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, both known and unknown to the United States, within the District of Columbia and elsewhere, to commit offenses against the United States, to wit: devise, execute, and attempt to execute a scheme by means of false and fraudulent pretenses, representations, and promises, and to cause the transmission of wire communications in interstate and foreign commerce, that is, various writings, signs, signals, pictures, and sounds constituting wire transmissions, for the purpose of executing such scheme or artifice to defraud, in violation of Title 18, United States Code, Section 1343.

(**Conspiracy to Commit Wire Fraud,** in violation of Title 18, United States Code, Section 1349)

### FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count One of this Information, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

## **MONEY JUDGEMENT**

The United States will also seek forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

## **SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendantd:

a)  cannot be located upon the exercise of due diligence;

b)   has been transferred or sold to, or deposited with, a third party;

c)  has been placed beyond the jurisdiction of the court;

d)  has been substantially diminished in value; or

e)  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By:   /s/
SOLOMON EPPEL
Assistant United States Attorney
D.C. Bar No. 1046323